# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER
FOUNDATION,

   Plaintiff,

   v.

DEPARTMENT OF JUSTICE.

   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 11-939 (RJL)

## ORDER
(September 21, 2012)

For the reasons set forth in the Memorandum Opinion entered this date, it is this

21st day of September, 2012, hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #11] is

**GRANTED**; it is further

**ORDERED** that plaintiff's Cross-Motion for Summary Judgment [Dkt. #14] is

**DENIED**.

   **SO ORDERED**.

RICHARD J. LEON
United States District Judge